IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL and ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 18-cv-11227-RWS<br>ECF Case<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Hon. Robert W. Sweet |

WHEREAS on December 3, 2018, Plaintiffs Natural Resources Defense Council and Environmental Defense Fund ("Plaintiffs") filed a Complaint against Defendant United States Environmental Protection Agency ("Defendant") under the Freedom of Information Act, 5 U.S.C. § 552, seeking declaratory relief and an order enjoining Defendant to release certain requested agency records (Dkt. 1);

WHEREAS on December 28, 2018, Defendant sought a stay of this action due to lapses in appropriated federal government funding for Defendant and its counsel, the United States Attorney's Office for the Southern District of New York (Dkt. 10);

WHEREAS on December 28, 2018, Plaintiffs filed a motion to expedite consideration of this matter and for partial summary judgment (Dkts. 12-13);

WHEREAS on January 3, 2019, the Court stayed this action due to the lapse in appropriated federal government funding ("January 3 Order") (Dkt. 19);



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/19

1

WHEREAS the Court's January 3 Order directed that upon the funding of Defendant and its counsel the parties were to meet and confer on the schedule for resolution of all pending matters;

WHEREAS on January 25, 2019, the President signed into law a budget appropriating funding; and

WHEREAS the parties have met and conferred and wish to set a schedule for resolution of pending matters in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, and subject to approval of the Court, that the following schedule applies to pending matters in this action:

| Deadline | Event |
| --- | --- |
| February 11, 2019 | **Defendant's response**, if any, to Plaintiffs' December 28, 2018 motion |
| February 13, 2019 | **Defendant's answer** to the Complaint |
| February 15, 2019 | **Plaintiffs' reply**, if any, on their December 28, 2018 motion |
| February 20, 2019 | **Oral argument** on Plaintiffs' December 28, 2018 motion |

| | |
|---|---|
| Dated: January 30, 2019 | Respectfully submitted, |
| For Plaintiffs: | For Defendant: |

/s/ Pete Huffman
Benjamin Longstreth
Peter Huffman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 289-2428
phuffman@nrdc.org
*Counsel for Plaintiff NRDC*

/s/ Matthew Littleton
Matthew Littleton*
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Ave. SE
Washington, D.C. 20003
(202) 683-6895
matt@donahuegoldberg.com

/s/ Benjamin Levitan
Benjamin Levitan*
Erin Murphy**
Environmental Defense Fund
1875 Connecticut Ave. NW, Suite 600
Washington, D.C. 20009
(202) 572-3500
emurphy@edf.org

*Counsel for Plaintiff EDF*
\* Application for admission pending.
\*\* Admitted *pro hac vice*.

Geoffrey S. Berman
United States Attorney for the
Southern District of New York

By:
/s/ Samuel Dolinger
Samuel Dolinger
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2677
samuel.dolinger@usdoj.gov

*Counsel for Defendant EPA*

**SO ORDERED:**

Dated: 2-4, 2019

_____
Robert W. Sweet
United States District Judge

3