**SUPPLEMENTAL DECLARATION OF MARGO OGE**

**EXHIBIT A**

Records of Emails between EPA Staff and Stakeholders about the OMEGA Model

Source:

Records published by EPA, in response to Freedom of Information Act Request Number
EPA-HQ-2018-007517 submitted by the Environmental Defense Fund,
https://www.foiaonline.gov/foiaonline/action/public/submissionDetails?trackingNumber=EPA-HQ-2018-007517&type=request

**Message**

| | |
|---|---|
| **From:** | Michael Hartrick [MHartrick@autoalliance.org] |
| **Sent:** | 8/1/2016 6:56:42 PM |
| **To:** | Olechiw, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f564b92ff96459ab606eb66e5892e2d-Olechiw, Michael] |
| **CC:** | Cherry, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=17c907940ac14cbab1236dfdfeca8300-Cherry, Jeff]; Charmley, William [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fb1828fb00af42ffb68b9e0a71626d95-Charmley, William]; Bolon, Kevin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7c0684aaef44174801c0406b51034d2-Bolon, Kevin]; Moran, Robin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cdc537a0f9d5433dae083bca681af983-Moran, Robin]; Kargul, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=57edb801d8d1408991163c50e4efa276-Kargul, John]; Silverman, Steven [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2cabad28b2394fbda8c047cdc4ef3fdc-SSILVE02]; Barba, Daniel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba2d819c3cae4c14a8446ed4a918a3c5-Barba, Daniel]; Chris Nevers [CNevers@autoalliance.org] |
| **Subject:** | RE: ALPHA Model Inputs and Outputs Request |

Thank you again, Mike.  We will review and let you know if we have any questions.  -Mike Hartrick

Sent from my Verizon 4G LTE smartphone

-------- Original message --------
From: "Olechiw, Michael" <olechiw.michael@epa.gov>
Date: 8/1/16 2:01 PM (GMT-05:00)
To: Michael Hartrick <MHartrick@autoalliance.org>
Cc: "Cherry, Jeff" <Cherry.Jeff@epa.gov>, Bill Charmley <charmley.william@epa.gov>, "Bolon, Kevin" <Bolon.Kevin@epa.gov>, "Moran, Robin" <moran.robin@epa.gov>, "Kargul, John" <kargul.john@epa.gov>, "Silverman, Steven" <silverman.steven@epa.gov>, "Barba, Daniel" <Barba.Daniel@epa.gov>, Chris Nevers <CNevers@autoalliance.org>
Subject: RE: ALPHA Model Inputs and Outputs Request

Mike,

Thank you for your inquiry.  While all of the information you requested has been available since July 18th, we can offer the following as clarification:

- *There appear to only be ALPHA input files for midsize cars; we were unable to locate the information on other segments modeled.*
  - Using ALPHA for the development of the Draft TAR, technologies in one vehicle (Standard Car) were used to derive the necessary data to calibrate the Lumped Parameter Model. The definitions of the vehicle classes remain the same as in the 2012 FRM for the LD 2017-2025 GHG rule**,** and still remain reasonable for the Draft TAR.  In the Draft TAR, the changes for individual technology effectiveness values in the Lumped Parameter Model were applied to the calculations for all vehicle classes.

**1**

- *It appears only a portion of the input assumptions requested are available. See the attached file for our evaluation of the data requested vs. that which was identifiable in the sites referenced.*
  - All of the input assumptions that you identified are already publicly available, as delineated in the attached spreadsheet. These parameters are available within the "config_X_workspace.txt" files for each of the 12 configurations, as indicated in the readme.txt file. In the materials we posted on July 18th, we made every effort to be as clear as possible by clearly labeling variable names, and by providing a plaintext, human-readable version of the Matlab workspace so stakeholders could easily check the assumptions that went into the ALPHA modeling runs.

- *Regarding the lumped parameter model, I was unable to locate any input or output files associated with the model. I also note that only an executable version is available, preventing us from examining the coding and assumptions contained within the model.*
  - All of the lumped parameter model inputs, outputs, and source code are located on the OMEGA webpage: https://www3.epa.gov/otaq/climate/models.htm

Best Regards,

Mike

**Michael R. Olechiw**
Director - Light-duty Vehicles and Small Engines Center
USEPA/OTAQ/ASD
2000 Traverwood Drive
Ann Arbor MI 48105
Tel: +1-734-214-4297
Mobile: +1-734-546-8079
Fax: +1-734-214-4050
olechiw.michael@epa.gov

---

**From:** Michael Hartrick [mailto:MHartrick@autoalliance.org]
**Sent:** Wednesday, July 27, 2016 5:25 PM
**To:** Olechiw, Michael <olechiw.michael@epa.gov>
**Cc:** Cherry, Jeff <Cherry.Jeff@epa.gov>; Charmley, William <charmley.william@epa.gov>; Bolon, Kevin <Bolon.Kevin@epa.gov>; Moran, Robin <moran.robin@epa.gov>; Kargul, John <kargul.john@epa.gov>; Silverman, Steven <silverman.steven@epa.gov>; Barba, Daniel <Barba.Daniel@epa.gov>; Chris Nevers <CNevers@autoalliance.org>
**Subject:** RE: ALPHA Model Inputs and Outputs Request

Mike,

Thanks for the quick response. We've taken a look at the sites and dockets that you reference. It is still not clear that these sites have the information requested. For example:

- There appear to only be ALPHA input files for midsize cars; we were unable to locate the information on other segments modeled.
- It appears only a portion of the input assumptions requested are available. See the attached file for our evaluation of the data requested vs. that which was identifiable in the sites referenced.
- Regarding the lumped parameter model, I was unable to locate any input or output files associated with the model. I also note that only an executable version is available, preventing us from examining the coding and assumptions contained within the model.

Perhaps it is my own and my contractor's lack of familiarity with the files that makes it appear that all of the data requested isn't present, when in fact it may be. We would be happy to meet with you and your staff if you believe it would help us to resolve this matter in a more expeditious manner.

ED_002101_00003711-00002

Mike Hartrick
Director of Fuel Economy and Climate
Alliance of Automobile Manufacturers
Desk (248) 357-4717 x103
Mobile (248) 212-3590
MHartrick@autoalliance.org

---

**From:** Olechiw, Michael [mailto:olechiw.michael@epa.gov]
**Sent:** Monday, July 25, 2016 12:47 PM
**To:** Michael Hartrick
**Cc:** Cherry, Jeff; Bill Charmley; Bolon, Kevin; Moran, Robin; Kargul, John; Silverman, Steven; Barba, Daniel
**Subject:** RE: ALPHA Model Inputs and Outputs Request

Michael,

Thank you for your inquiry regarding EPA's ALPHA model as it relates to the Midterm Evaluation Draft TAR.  To meet the commitments EPA made in the DTAR regarding transparency, we posted the ALPHA model, the LPM and DTAR ALPHA runs on our website on July 18th, the same day that the DTAR was released. (The links are provided below.)

If you have any further questions, please let me know.

Best Regards,

Mike

**Michael R. Olechiw**
Director - Light-duty Vehicles and Small Engines Center
USEPA/OTAQ/ASD
2000 Traverwood Drive
Ann Arbor MI 48105
Tel: +1-734-214-4297
Mobile: +1-734-546-8079
Fax: +1-734-214-4050
olechiw.michael@epa.gov

<u>ALPHA and LPM Links:</u>

1.  The ALPHA model is written in standard MATLAB/Simulink/Stateflow (no additional toolboxes are required) and the dedicated webpage is located here:

    https://www3.epa.gov/otaq/climate/alpha.htm
    - In the "ALPHA v2.0 Simulation Samples" section you will find twelve complete ready to run ALPHA models.  These models contain the MATLAB workspace, ALPHA Simulink source diagrams, engine maps, transmission maps, and other data used in the Draft TAR analysis.

    - The "readme.txt" file explains the installation and execution process within a standard MATLAB/Simulink/Stateflow 2014A environment.

    - The "standard_car_lpm_matrix_results_2016_07_14_15_52.csv" file is a summary of the inputs and outputs of the twelve models.  The summary outputs include cycle $CO_2$ and performance results.

EPA-HQ-2018-007517

2.   Additional information available on the ALPHA (https://www3.epa.gov/otaq/climate/alpha.htm) and Data Testing (https://www3.epa.gov/otaq/climate/data-testing.htm) webpages:

- Reference publications and SAE papers for the development and validation of the ALPHA model

- Benchmarking information

- Engine mapping process

3.   Additional information in the federal docket:

- EPA-HQ-OAR-2015-0827-0899 is a memo containing the docket locations for several engine and transmission benchmarking projects

4.   Link to the Lumped Parameter Model webpage (https://www3.epa.gov/otaq/climate/lpm.htm)

---

**From:** Michael Hartrick [mailto:MHartrick@autoalliance.org]
**Sent:** Friday, July 22, 2016 9:43 AM
**To:** Olechiw, Michael <olechiw.michael@epa.gov>; Barba, Daniel <Barba.Daniel@epa.gov>
**Subject:** ALPHA Model Inputs and Outputs Request

Mike and Dan,

Throughout the Draft Technical Assessment Report the agencies discuss how the mid-term evaluation is intended to be, among other things, a transparent process.  Specific to the ALPHA model, EPA states, "using ALPHA improves the transparency of the process," (TAR 5-246) and that "EPA developed an in-house vehicle simulation model that could freely be released to the public." (TAR 5-256)

The Alliance of Automobile Manufacturers respectfully requests that you make the following data publicly available as soon as possible such that adequate time for review and response is provided prior to the close of the TAR comment period:

1.   The executable version of the ALPHA model used to inform the TAR.

2.   The source code for the version of the ALPHA model used to inform the TAR.

3.   All ALPHA model inputs for each vehicle simulated that informed the central analysis of the TAR including:
   a.   Vehicle weight
   b.   Road load information
   c.   Powertrain type
   d.   Engine displacement
   e.   Number of engine cylinders
   f.   Aspiration method
   g.   Boost pressure
   h.   Compression ratio
   i.   Fuel injection type
   j.   Valve timing system
   k.   Valve lift system
   l.   Presence of cylinder deactivation system
   m.   Presence of lean operation (if any)

ED_002101_00003711-00004

n. Presence of high expansion ratio (e.g. Atkinson)
o. Engine stop-start system presence
p. Assumptions for the operation of the stop-start system
q. Engine idle speed
r.  Hybrid type, if applicable
s.  Off-board charge capability
t.  Traction motor size
u.  Generator size
v.  Traction battery capacity
w. Transmission type
x.  Transmission step ratios
y.  Launch device (e.g. clutch, torque converter, other)
z.  Driveline (FWD, RWD, AWD, 4WD)
aa. Secondary axle disconnect
bb. Tire and wheel size
cc. Overall ratios for transmission and final drive
dd. Electrical load assumptions
ee. Accessory load assumptions
ff. Fuel properties including LHV, mass density, carbon density, and octane

4. ALPHA model outputs associated with each set of inputs including:
   a.  City fuel consumption
   b.  Highway fuel consumption
   c.  City $CO_2$
   d.  Highway $CO_2$
   e.  Vehicle performance (time to speed and passing)

Please let me know when you make the above publicly available and provide a link to its location.  If for some reason you do not intend to make this data available in a reasonable timeframe for public review and comment in association with the draft TAR, please let me know this and your reasoning for not permitting such review as soon as possible.

Thank you for your time and consideration.

Sincerely,

Michael Hartrick
Director of Fuel Economy and Climate
Alliance of Automobile Manufacturers

Desk (248) 357-4717 x103
Mobile (248) 212-3590
MHartrick@autoalliance.org

---

Message

---

| | |
|---|---|
| **From**: | Olechiw, Michael [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F564B92FF96459AB606EB66E5892E2D-OLECHIW, MICHAEL] |
| **Sent**: | 8/1/2016 6:01:05 PM |
| **To**: | Michael Hartrick [MHartrick@autoalliance.org] |
| **CC**: | Cherry, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=17c907940ac14cbab1236dfdfeca8300-Cherry, Jeff]; Charmley, William [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fb1828fb00af42ffb68b9e0a71626d95-Charmley, William]; Bolon, Kevin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7c0684aaef44174801c0406b51034d2-Bolon, Kevin]; Moran, Robin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cdc537a0f9d5433dae083bca681af983-Moran, Robin]; Kargul, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=57edb801d8d1408991163c50e4efa276-Kargul, John]; Silverman, Steven [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2cabad28b2394fbda8c047cdc4ef3fdc-SSILVE02]; Barba, Daniel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba2d819c3cae4c14a8446ed4a918a3c5-Barba, Daniel]; Chris Nevers [CNevers@autoalliance.org] |
| **Subject**: | RE: ALPHA Model Inputs and Outputs Request |
| **Attachments**: | Catalog of available data (ALPHA) 08 01 2016a.xlsx |

Mike,

Thank you for your inquiry.  While all of the information you requested has been available since July 18th, we can offer the following as clarification:

- *There appear to only be ALPHA input files for midsize cars; we were unable to locate the information on other segments modeled.*
  - Using ALPHA for the development of the Draft TAR, technologies in one vehicle (Standard Car) were used to derive the necessary data to calibrate the Lumped Parameter Model. The definitions of the vehicle classes remain the same as in the 2012 FRM for the LD 2017-2025 GHG rule**,** and still remain reasonable for the Draft TAR.  In the Draft TAR, the changes for individual technology effectiveness values in the Lumped Parameter Model were applied to the calculations for all vehicle classes.

- *It appears only a portion of the input assumptions requested are available.  See the attached file for our evaluation of the data requested vs. that which was identifiable in the sites referenced.*
  - All of the input assumptions that you identified are already publicly available, as delineated in the attached spreadsheet. These parameters are available within the "config_X_workspace.txt" files for each of the 12 configurations, as indicated in the readme.txt file.  In the materials we posted on July 18th, we made every effort to be as clear as possible by clearly labeling variable names, and by providing a plaintext, human-readable version of the Matlab workspace so stakeholders could easily check the assumptions that went into the ALPHA modeling runs.

- *Regarding the lumped parameter model, I was unable to locate any input or output files associated with the model.  I also note that only an executable version is available, preventing us from examining the coding and assumptions contained within the model.*
  - All of the lumped parameter model inputs, outputs, and source code are located on the OMEGA webpage: https://www3.epa.gov/otaq/climate/models.htm

Best Regards,

Mike

**Michael R. Olechiw**
Director - Light-duty Vehicles and Small Engines Center
USEPA/OTAQ/ASD
2000 Traverwood Drive
Ann Arbor MI 48105
Tel: +1-734-214-4297
Mobile: +1-734-546-8079
Fax: +1-734-214-4050
olechiw.michael@epa.gov

---

**From:** Michael Hartrick [mailto:MHartrick@autoalliance.org]
**Sent:** Wednesday, July 27, 2016 5:25 PM
**To:** Olechiw, Michael <olechiw.michael@epa.gov>
**Cc:** Cherry, Jeff <Cherry.Jeff@epa.gov>; Charmley, William <charmley.william@epa.gov>; Bolon, Kevin <Bolon.Kevin@epa.gov>; Moran, Robin <moran.robin@epa.gov>; Kargul, John <kargul.john@epa.gov>; Silverman, Steven <silverman.steven@epa.gov>; Barba, Daniel <Barba.Daniel@epa.gov>; Chris Nevers <CNevers@autoalliance.org>
**Subject:** RE: ALPHA Model Inputs and Outputs Request

Mike,

Thanks for the quick response. We've taken a look at the sites and dockets that you reference. It is still not clear that these sites have the information requested. For example:

- There appear to only be ALPHA input files for midsize cars; we were unable to locate the information on other segments modeled.
- It appears only a portion of the input assumptions requested are available. See the attached file for our evaluation of the data requested vs. that which was identifiable in the sites referenced.
- Regarding the lumped parameter model, I was unable to locate any input or output files associated with the model. I also note that only an executable version is available, preventing us from examining the coding and assumptions contained within the model.

Perhaps it is my own and my contractor's lack of familiarity with the files that makes it appear that all of the data requested isn't present, when in fact it may be. We would be happy to meet with you and your staff if you believe it would help us to resolve this matter in a more expeditious manner.

Mike Hartrick
Director of Fuel Economy and Climate
Alliance of Automobile Manufacturers
Desk (248) 357-4717 x103
Mobile (248) 212-3590
MHartrick@autoalliance.org

---

**From:** Olechiw, Michael [mailto:olechiw.michael@epa.gov]
**Sent:** Monday, July 25, 2016 12:47 PM
**To:** Michael Hartrick
**Cc:** Cherry, Jeff; Bill Charmley; Bolon, Kevin; Moran, Robin; Kargul, John; Silverman, Steven; Barba, Daniel
**Subject:** RE: ALPHA Model Inputs and Outputs Request

Michael,

ED_002101_00003743-00002

Thank you for your inquiry regarding EPA's ALPHA model as it relates to the Midterm Evaluation Draft TAR. To meet the commitments EPA made in the DTAR regarding transparency, we posted the ALPHA model, the LPM and DTAR ALPHA runs on our website on July 18th, the same day that the DTAR was released. (The links are provided below.)

If you have any further questions, please let me know.

Best Regards,

Mike

**Michael R. Olechiw**
Director - Light-duty Vehicles and Small Engines Center
USEPA/OTAQ/ASD
2000 Traverwood Drive
Ann Arbor MI 48105
Tel: +1-734-214-4297
Mobile: +1-734-546-8079
Fax: +1-734-214-4050
olechiw.michael@epa.gov

**ALPHA and LPM Links:**

1.  The ALPHA model is written in standard MATLAB/Simulink/Stateflow (no additional toolboxes are required) and the dedicated webpage is located here:

    https://www3.epa.gov/otaq/climate/alpha.htm
    - In the "ALPHA v2.0 Simulation Samples" section you will find twelve complete ready to run ALPHA models. These models contain the MATLAB workspace, ALPHA Simulink source diagrams, engine maps, transmission maps, and other data used in the Draft TAR analysis.
    - The "readme.txt" file explains the installation and execution process within a standard MATLAB/Simulink/Stateflow 2014A environment.
    - The "standard_car_lpm_matrix_results_2016_07_14_15_52.csv" file is a summary of the inputs and outputs of the twelve models. The summary outputs include cycle $CO_2$ and performance results.

2.  Additional information available on the ALPHA (https://www3.epa.gov/otaq/climate/alpha.htm) and Data Testing (https://www3.epa.gov/otaq/climate/data-testing.htm) webpages:
    - Reference publications and SAE papers for the development and validation of the ALPHA model
    - Benchmarking information
    - Engine mapping process

3.  Additional information in the federal docket:
    - EPA-HQ-OAR-2015-0827-0899 is a memo containing the docket locations for several engine and transmission benchmarking projects

4.  Link to the Lumped Parameter Model webpage (https://www3.epa.gov/otaq/climate/lpm.htm)

---

**From:** Michael Hartrick [mailto:MHartrick@autoalliance.org]
**Sent:** Friday, July 22, 2016 9:43 AM
**To:** Olechiw, Michael <olechiw.michael@epa.gov>; Barba, Daniel <Barba.Daniel@epa.gov>
**Subject:** ALPHA Model Inputs and Outputs Request

Mike and Dan,

Throughout the Draft Technical Assessment Report the agencies discuss how the mid-term evaluation is intended to be, among other things, a transparent process.  Specific to the ALPHA model, EPA states, "using ALPHA improves the transparency of the process," (TAR 5-246) and that "EPA developed an in-house vehicle simulation model that could freely be released to the public." (TAR 5-256)

The Alliance of Automobile Manufacturers respectfully requests that you make the following data publicly available as soon as possible such that adequate time for review and response is provided prior to the close of the TAR comment period:

1.  The executable version of the ALPHA model used to inform the TAR.

2.  The source code for the version of the ALPHA model used to inform the TAR.

3.  All ALPHA model inputs for each vehicle simulated that informed the central analysis of the TAR including:
    a.  Vehicle weight
    b.  Road load information
    c.  Powertrain type
    d.  Engine displacement
    e.  Number of engine cylinders
    f.   Aspiration method
    g.  Boost pressure
    h.  Compression ratio
    i.   Fuel injection type
    j.   Valve timing system
    k.  Valve lift system
    l.   Presence of cylinder deactivation system
    m. Presence of lean operation (if any)
    n.  Presence of high expansion ratio (e.g. Atkinson)
    o.  Engine stop-start system presence
    p.  Assumptions for the operation of the stop-start system
    q.  Engine idle speed
    r.   Hybrid type, if applicable
    s.  Off-board charge capability
    t.   Traction motor size
    u.  Generator size
    v.   Traction battery capacity
    w.  Transmission type
    x.  Transmission step ratios
    y.  Launch device (e.g. clutch, torque converter, other)
    z.  Driveline (FWD, RWD, AWD, 4WD)
    aa. Secondary axle disconnect
    bb. Tire and wheel size
    cc. Overall ratios for transmission and final drive
    dd. Electrical load assumptions
    ee. Accessory load assumptions
    ff.  Fuel properties including LHV, mass density, carbon density, and octane

4.  ALPHA model outputs associated with each set of inputs including:
    a.   City fuel consumption
    b.   Highway fuel consumption

**9**

   c.   City $CO_2$
   d.   Highway $CO_2$
   e.   Vehicle performance (time to speed and passing)

Please let me know when you make the above publicly available and provide a link to its location.  If for some reason you do not intend to make this data available in a reasonable timeframe for public review and comment in association with the draft TAR, please let me know this and your reasoning for not permitting such review as soon as possible.

Thank you for your time and consideration.

Sincerely,

Michael Hartrick
Director of Fuel Economy and Climate
Alliance of Automobile Manufacturers

Desk (248) 357-4717 x103
Mobile (248) 212-3590
MHartrick@autoalliance.org

ED_002101_00003743-00005

Message

---

**From**: Sherwood, Todd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F6A5D8DECF654CE99B5DE0923CCFF361-SHERWOOD, TODD]
**Sent**: 8/11/2016 8:52:03 PM
**To**: Dennis F. Kahlbaum [kbomb@umich.edu]
**CC**: Olechiw, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=9f564b92ff96459ab606eb66e5892e2d-Olechiw, Michael]; Bolon, Kevin
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=f7c0684aaef44174801c0406b51034d2-Bolon, Kevin]
**Subject**: RE: TechnologyTracking File

I think you're looking at rpe_aeoR, Ref_in2025. That's what I used here.

The Tech file is still controlling the sequencing, or stepping thru of techpacks. Remember that the TechPackSales.log shows the techpack usage on Platform 1003, not the techpack usage of individual vehicles mapped to that platform. So your second table is not really correct since you're applying those platform percentages to each individual vehicle.

Vehicle 23, being an HEV, stays an HEV despite having techpacks 1-24 made available to it. This is controlled by the Machine which generates the TEBs/CEBs/OEBs and Tech codes shown in your 3rd table. Those tech codes are used for tech tracking on individual vehicles. OMEGA does not use these in the compliance determination algorithms since OMEGA works on platforms for that task with the platform being a sales-weighted amalgamation of vehicles mapped into that platform. In the Machine, the main algorithm compares vehicle engine techs to package engine techs, determines which are better, then either ignores the package or adds to the vehicle the techs that make it package better. It then does this for trans techs, and for electrification techs and for road load techs. I would need Jeff Cherry to explain any more or what I may have wrong in that simple description. Veh 23, being an HEV, is already awfully good so the Machine doesn't see much reason to do much to it. Therefore, the tech codes don't show much other than some WR techs. But that's an input to OMEGA generated by the Machine. OMEGA uses the Tech file applied to platforms to make decisions about compliance (so OMEGA doesn't use the Tech file on Veh 23, only on platform 1003), then OMEGA uses the tech codes to disaggregate on a vehicle level so that we can generate more meaningful techpen data. Looking at the TechTracking file for Veh 23 and comparing to what was on the baseline vehicle, all it has done is add some WR (it had 3% in the baseline). Notice how the Tech code data in the Market file starts with package 0 (the baseline vehicle) while the TEB/CEB/OEB data starts with package 1. OMEGA needs package 0 so that it can disaggregate by vehicle.

If that fails to help, let me know.

---

**From:** Dennis F. Kahlbaum [mailto:kbomb@umich.edu]
**Sent:** Thursday, August 11, 2016 9:08 AM
**To:** Sherwood, Todd <sherwood.todd@epa.gov>
**Subject:** Re: TechnologyTracking File

Hi Todd:

According to your Item 5, the Technology file provides the tech pathways that are applied.  However, what happens when vehicles start with and use different technologies that have the same Tech Pack Number?

For example, from the Market file:

| Platform Index No | Vehicle Index No | Manufacturer | Model | Vehicle Type No | Fleet Type | Classic Fleet Type | Vehicle Safety Class | CVCM Class | EPA Class | Baseline Price - Cycle1 | Baseline Sales | Annual Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ED_002101_00002651-00001

| | | | | | | | | | | | - Cycle 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 21 | Volkswagen | Q5 2.0T | 8 | T | T | CM | | Small SUV 4WD | | 75958 | 75958 |
| 1003 | 23 | Volkswagen | Q5 Hybrid | 8 | T | T | CM | | Small SUV 4WD | | 1101 | 1101 |

Note that Vehicle # 23 is a Hybrid.

According to the TechPackSales file, both of these vehicles use the following Tech Packs (sales have been converted to percents):

| Platform Index No | Vehicle Index No | TP14 | TP19 | TP20 | TP21 | TP22 | TP23 | TP24 |
|---|---|---|---|---|---|---|---|---|
| 1003 | 21 | 10.00% | 10.00% | 5.00% | 5.00% | 40.00% | 25.00% | 5.00% |
| 1003 | 23 | 10.00% | 10.00% | 5.00% | 5.00% | 40.00% | 25.00% | 5.00% |

According to the Market file, the technologies used by these vehicles are significantly different but have the same Tech Pack Number:

| TP# | Vehicle Index No 21 |
|---|---|
| TECH 14 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX22\|Stop-Start\|IACC1\|EPS\|Aero1\|LRRT2\|LDB\|SAX-NA\|WRtech- 10\|WRpen- 0\|WRnet- 10\| |
| TECH 19 | \|EFR2\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX22\|MHEV48V\|IACC2\|EPS\|Aero2\|LRRT2\|LDB\|SAX-NA\|WRtech- 5\|WRpen- 2.5\|WRnet- 2.5\| |
| TECH 20 | \|EFR2\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|Stop-Start\|IACC2\|EPS\|Aero2\|LRRT2\|LDB\|SAX-NA\|WRtech- 5\|WRpen- 0\|WRnet- 5\| |
| TECH 21 | \|EFR2\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX22\|Stop-Start\|IACC1\|EPS\|Aero1\|LRRT2\|LDB\|SAX-NA\|WRtech- 10\|WRpen- 0\|WRnet- 10\| |
| TECH 22 | \|EFR2\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|MHEV48V\|IACC2\|EPS\|Aero2\|LRRT2\|LDB\|SAX-NA\|WRtech- 5\|WRpen- 2.5\|WRnet- 2.5\| |
| TECH 23 | \|LUB\|EFR1\|V6\|VVT\|Deac-V6\|EGR\|DI\|ATK2\|TRX2\|Stop-Start\|IACC2\|EPS\|Aero2\|LRRT1\|LDB\|SAX-NA\|WRtech- 5\|WRpen- 0\|WRnet- 5\| |
| TECH 24 | \|LUB\|EFR1\|V6\|VVT\|Deac-V6\|EGR\|DI\|ATK2\|TURBM\|TRX22\|Stop-Start\|IACC1\|EPS\|Aero1\|LRRT2\|LDB\|SAX-NA\|WRtech- 5\|WRpen- 0\|WRnet- 5\| |

| TP# | Vehicle Index No 23 |
|---|---|
| TECH 14 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 10\|WRpen- 7\|WRnet- 3\| |
| TECH 19 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 5\|WRpen- 2\|WRnet- 3\| |
| TECH 20 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 5\|WRpen- 2\|WRnet- 3\| |
| TECH 21 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 10\|WRpen- 7\|WRnet- 3\| |
| TECH 22 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 5\|WRpen- 2\|WRnet- 3\| |
| TECH 23 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 5\|WRpen- 2\|WRnet- 3\| |
| TECH 24 | \|LUB\|EFR1\|I4\|VVT\|VVLTD-OHC-I4\|DI\|TURB18\|TRX21\|P2\|IACC1\|EPS\|LRRT1\|SAX-NA\|WRtech- 5\|WRpen- 2\|WRnet- 3\| |

Whereas Vehicle #21 uses a variety of technologies, Vehicle #23 uses the same technologies (but with different WRs).

The TechnologyTracking file data for these vehicles are shown below (all column with 0% have been removed to fit the page):

| Manufacturer | Vehicle Index | Vehicle Type | Platform | TRX21 | TRX22 | Aero1 | Aero2 | ATK2 | Deac-V6 | DI | EFR1 | EFR2 | EGR | EPS | I4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOLKSWAGEN | 21 | 8 | 1003 | 70.0% | 30.0% | 20.0% | 80.0% | 30.0% | 30.0% | 100.0% | 40.0% | 60.0% | 30.0% | 100.0% | 70.0% |
| VOLKSWAGEN | 23 | 8 | 1003 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 100.0% | 0.0% | 0.0% | 100.0% | 100.0% |

| Manufacturer | Vehicle # | Vehicle Type | Platform | LRRT1 | LRRT2 | LUB | MHEV48V | P2 | SAX-NA | Stop-Start | TURB18 | TURBM | V6 | WLTD-OHC-I4 | VVT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOLKSWAGEN | 21 | 8 | 1003 | 25.0% | 75.0% | 40.0% | 50.0% | 0.0% | 100.0% | 50.0% | 70.0% | 5.0% | 30.0% | 70.0% | 100.0 |
| VOLKSWAGEN | 23 | 8 | 1003 | 100.0% | 0.0% | 100.0% | 0.0% | 100.0% | 100.0% | 0.0% | 100.0% | 0.0% | 100.0% | 100.0% | 100.0 |

It is obvious that these values came from a merger of the TechPackSales file and underlined vehicle-specific technologies from the Market file. (The percentages for Vehicle 21 correspond to those from the TechPackSales file and, since all of the technologies for Vehicle 23 are the same, they are at 100% (except for the WRs, as expected).)

Now then, the corresponding Tech Pack data for Vehicle Type 8 from the Technology file are shown below:

| Vech. Type No. | Tech. Pkg. No. | Package Name | Cap |
|---|---|---|---|
| 8 | 1 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+WR5%+TRX11 | 75% |
| 8 | 2 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC1+EPS+Aero1+LDB+DCP+WR5%+TRX11 | 100% |
| 8 | 3 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC1+EPS+Aero1+LDB+DCP+WR5%+TRX21 | 100% |
| 8 | 4 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+WR5%+TRX21 | 73% |
| 8 | 5 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+WR5%+TRX22 | 100% |
| 8 | 6 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC2+EPS+Aero2+LDB+DCP+WR5%+TRX21 | 100% |
| 8 | 7 | MPVt 4VDI4+LUB+EFR1+LRRT1+IACC1+EPS+Aero1+LDB+DCP+GDI+TDS18+WR5%+TRX21 | 100% |
| 8 | 8 | MPVt 4VDI4+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+GDI+TDS18+WR5%+TRX22 | 100% |
| 8 | 9 | MPVt 4VDI4+LUB+EFR1+LRRT2+IACC2+EPS+Aero2+LDB+DCP+GDI+TDS18+WR5%+TRX21 | 100% |
| 8 | 10 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+GDI+SS+TDS18+WR5%+TRX21 | 100% |
| 8 | 11 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+Deac+GDI+ATK2+EGR+WR5%+TRX21 | 100% |
| 8 | 12 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+GDI+SS+TDS18+WR5%+TRX21 | 100% |
| 8 | 13 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+DVVL+GDI+MHEV48V+TDS18+WR5%+TRX21 | 91% |
| 8 | 14 | MPVt 4VDI4+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+DVVL+GDI+SS+TDS18+WR10%+TRX22 | 100% |
| 8 | 15 | MPVt 4VDI4+EFR2+LRRT2+IACC1+EPS+Aero1+LDB+DCP+GDI+TDS24+EGR+WR5%+TRX22 | 25% |
| 8 | 16 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+GDI+MHEV48V+TDS18+WR5%+TRX22 | 20% |
| 8 | 17 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+Deac+GDI+SS+ATK2+EGR+WR5%+TRX21 | 100% |
| 8 | 18 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+Deac+GDI+SS+ATK2+EGR+WR5%+TRX22 | 100% |
| 8 | 19 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+DVVL+GDI+MHEV48V+TDS18+WR5%+TRX22 | 100% |
| 8 | 20 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+DVVL+GDI+SS+TDS18+WR5%+TRX21 | 100% |
| 8 | 21 | MPVt 4VDI4+EFR2+LRRT2+IACC1+EPS+Aero1+LDB+DCP+DVVL+GDI+SS+SAX+TDS18+WR10%+TRX22 | 33% |
| 8 | 22 | MPVt 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+DVVL+GDI+MHEV48V+SAX+TDS18+WR5%+TRX21 | 100% |
| 8 | 23 | MPVt 4VDV6+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+Deac+GDI+SS+SAX+ATK2+EGR+WR5%+TRX21 | 100% |
| 8 | 24 | MPVt 4VDV6+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+Deac+GDI+SS+ATK2+TURBM+EGR+WR5%+TRX22 | 100% |

Clearly, the red-highlighted tech package descriptions only match* those for Vehicle 21.  (*There are differences with the WRs, however.)

Therefore, please explain how the Technolog file is used for Vehicle 23.

Also, please explain how you should trace technologies in this situation.  Since they match*, do the Vehicle 21 Technology file descriptions overrule those in the Market file (even though the TechnologyTracking file says otherwise)?

Thanks much for all  your help!!

ED_002101_00002651-00003

--Dennis

On 8/10/16 4:52 PM, Dennis F. Kahlbaum wrote:

OK.  So always use the TechPackSales.log file when performing calculations of what actually happened. Correct?

On 8/10/16 4:18 PM, Sherwood, Todd wrote:

Oh, yes. The TechPackSF file shows what's allowed to happen, not what does happen. That's confusing. That file, essentially, shows the ranking results although it's calculated from data in the Tech file. You can see how the 40% techpack cap I mentioned in item 5 (below) was determined for the Tech file (by the ranking algorithm which generates the Tech file for OMEGA to then generate TechPackSF which is, obviously, redundant). Cell T15 shows a value of 10. Cell T11 shows a value of 15. Notice that cell S11 shows 25. So 40% of that 25 has moved from techpack 9 to techpack 13.

**From:** Dennis F. Kahlbaum [mailto:kbomb@umich.edu]
**Sent:** Wednesday, August 10, 2016 3:51 PM
**To:** Sherwood, Todd <sherwood.todd@epa.gov>
**Subject:** Re: TechnologyTracking File

Todd:

OK, so contrary to my last e-mail stating that I had answered all of my questions, your information proves that using the TechPackSales.log file is better than using the TechPackSF.xls, and other improvements.

Therefore, THANK YOU!

--Dennis

ED_002101_00002651-00004

On 8/10/16 3:37 PM, Sherwood, Todd wrote:

Stream of consciousness reply, so might be scattered.

1) Keep in mind that "Ref_in2025b-vh1" is for the reference case in 2025, so it's not for the control case standards.

2) Col K in that file simply shows the last techpack used for vehicles mapped into that platform 1008. That doesn't mean every vehicle on that platform ended on techpack 16. Of more interest for the purpose of seeing what techpacks are applied is the TechPackSales.log file which shows that platform 1008 uses techpacks 12/13/14/16. The Tech file for that scenario shows those packages to be

| Vech. Type No. | Tech. Pkg. No. | Package Name |
|---|---|---|
| 3 | 12 | Auto 4VDI4+LUB+EFR1+LRRT2+IACC1+EPS+Aero1+LDB+DCP+GDI+TDS24+EGR |
| 3 | 13 | Auto 4VDV6+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+Deac+GDI+SS+A |
| 3 | 14 | Auto 4VDI4+EFR2+LRRT2+IACC2+EPS+Aero2+LDB+DCP+GDI+SS+TDS18+WR10 |
| 3 | 16 | Auto 4VDI4+LUB+EFR1+LRRT1+IACC2+EPS+Aero2+LDB+DCP+GDI+SS+TDS18+ |

3) Keep in mind that not all of the models on that platform can get the WR shown in the techpack – the safety analysis limits the WR to several different levels for vehicles in that platform, including some that can't get any additional WR. Also, some have 1% WR in our baseline file.

4) The attached shows how the final CO2 of 194.55 would be calculated (remember to include off-cycle credits which are also included in the Market file).

5) As for the importance of the Tech input file, among other things it determines the ordering of techpacks – for platform 1008 (vehtype 3), techpack 12 would come from techpack 8, not 11. Then 13 would come from 9, 14 from 11 and 16 from 15. This is shown in col I of the Tech file. This ordering of techpacks is what the package ranking process is all about. Note also col E which shows the caps applied to techpacks – so techpack 13 could only take 40% from techpack 9.

6) As for the breakdown of the 70/30 percent split on trans techs for that platform, the info above makes that clear. 20% TP12/10% TP13 makes 30%. Same logic for 70%.

7) I'm not sure where you got 30% for ATK2. I see 10%. That 10% is getting techpack 13.

8) 45/55 percent for EFR techs are evident from above and the knowledge that 55% go to techpack 14 (from the TechPackSales.log and the attached).

9) Same with the aero techs – just 20% stay at techpack 12 with aero1.

Hopefully I have answered things. If not, let me know.

**From:** Dennis F. Kahlbaum [mailto:kbomb@umich.edu]
**Sent:** Wednesday, August 10, 2016 11:13 AM

ED_002101_00002651-00005

**To:** Sherwood, Todd <sherwood.todd@epa.gov>
**Subject:** Re: TechnologyTracking File

Hi Todd:

I realize that yesterday's questions about the TechnologyTracking
file were difficult to respond to. Therefore, here are similar but
hopefully simpler questions:

1) In the "Ref_in2025b-vh1.xls" file, there is a "Last Tech Pack #"
column (K). What exactly does this value mean?

For example, parts of the first 10 lines from that file are
reproduced below:

| Index No | Manufacturer | Model | Vehicle Type No | Vehicle Class | Baseline Sales | Annual Sales | Baseline CO2 | Last Step |
|---|---|---|---|---|---|---|---|---|
| 1008 | BMW | BMW_1008_C_3 | 3 | C | 47,429 | 47,429 | 241.80 | 191 |
| 1009 | BMW | BMW_1009_C_3 | 3 | C | 94,937 | 94,937 | 239.52 | 185 |
| 1010 | BMW | BMW_1010_C_5 | 5 | C | 21,129 | 21,129 | 284.36 | 198 |
| 1011 | BMW | BMW_1011_C_3 | 3 | C | 16,664 | 16,664 | 247.05 | 188 |
| 1012 | BMW | BMW_1012_C_5 | 5 | C | 46,319 | 46,319 | 314.39 | 210 |
| 1013 | BMW | BMW_1013_C_2 | 2 | C | 3,859 | 3,859 | 0.00 | 122 |
| 1014 | BMW | BMW_1014_C_2 | 2 | C | 13,100 | 13,100 | 112.60 | 200 |
| 1015 | BMW | BMW_1015_C_2 | 2 | C | 4,157 | 4,157 | 121.14 | 170 |
| 1016 | BMW | BMW_1016_C_5 | 5 | C | 9,783 | 9,783 | 276.72 | 201 |
| 1017 | BMW | BMW_1017_T_8 | 8 | T | 33,096 | 33,096 | 283.20 | 182 |

As shown in red, for Index No 1008, the Last Tech Pack # is
"16". According to the Market file "Market_Ref_in2025B-
rep_aeoR.xls", Platform Index No 1008 consists of 52 BMW
"Class 3" vehicles, each with there own set of information,
including TEBs, CEBs, OEBs, and Techs (numbered 1-50) . Does
that "16" mean that these 52 BMX vehicles each used their Techs
associated with "Tech 16" (Column GU) to arrive at the "Final
CO2" shown in the table above?

2) If the Techs in the Market file are being used, what is the
purpose of the "Technology" files (e.g.
"Technology_Ref_in2025B_rpe_aeoR.xls")?

Thanks.

--Dennis

ED_002101_00002651-00006

On 8/9/16 12:05 PM, Dennis F. Kahlbaum wrote:

Hi Todd:

I need some more insight regarding the TechnologyTracking files. For the questions below, I referring to "Ref_in2025B-TechnologyTracking.xls".

In reviewing this file, I noticed that it has tabs for Vehicle and Vehicle Sales. The first 6 lines of both tabs shows data for BMW, Vehicle IDs 54 through 59. Upon reviewing the Market file, "Market_Ref_in2025B_rpe_aeoR.xls", I found that these 6 entries are all BMW 228i Coupes, divided into 2 groups: 3 with 4244 annual sales (Group 1), the other 3 with 441 annual sales (Group 2). The remaining data for each group contain only a few differences (footprint, etc). Also, each group contains 37 Tech descriptions.

My questions, again referring to just these 6 BMW entries, are as follows:

1) Where did the data come from that allowed OMEGA to generate the various percentages and sales in the "Vehicle" and "Vehicle Sales" tabs, respectively? A review of the "Technology_Ref_in2025B_rpe_aeoR.xls" files for Vehicle Class 3 didn't reveal such breakdowns or Caps. Reviews of the other input files didn't locate them either. As examples, where did these splits come from?:

   BMW Group 1: 70%/30% split for TXR21/TRX22
      Both Groups: 30% for ATK2
      Both Groups: 45%/55% for EFR1/EFR2
      Both Groups: 20%/80% Aero1/Aero2

(Note: Since almost all of the percentages in the "Vehicle" tab are multiples of 5% or 10%, this indicates to me that an input file is being used, rather than computed values.)

2) What Tech Package(s) was/were actually used in the calculations for each of the 6 BMW Technology/Tracking entries? The file "Ref_in2025b-vh1.xls" says that the "Last Tech Pack #" was 16, but it is apparently referring to "Index No." 1008, which not only contains these 6 BMW entries, but many others.

3) Since the Market file contains 37 Tech descriptions, are they used in lieu of 37 Vehicle Class 3 Teck Packages listed in the file "Technology_Ref_in2025B_rpe_aeoR.xls"?  Which "Last Tech Pack #" is OMEGA referring to (Market file, or Technology file)?

If it would be easier/quicker to discuss these questions over the phone, please call me at 973-3070.

Thanks much.

--Dennis

ED_002101_00002651-00008

Message
_____

**From:**  Sherwood, Todd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F6A5D8DECF654CE99B5DE0923CCFF361-SHERWOOD, TODD]
**Sent:**  8/26/2016 3:06:44 PM
**To:**  Cherry, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=17c907940ac14cbab1236dfdfeca8300-Cherry, Jeff]; Bolon, Kevin
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=f7c0684aaef44174801c0406b51034d2-Bolon, Kevin]
**Subject:**  FW: Curb Weights

Since this question is meant to support the Alliance efforts, I want to be sure about the response. Can you guys confirm which approach you see as our approach to determining the final curb weight (which, of course, we never calculate but we have the percent reductions).

|  |  |  |  |
|---|---|---|---|
| | Baseline curb wt | | 4079 |
| | Baseline WR | | 3% |
| | Package WR | | 10% |
| | 1) Final curb wt= | 4079-(4079)*(10%-3%) | 3793 |
| OR | 2) Final curb wt= | [(4079)/(100%-3%)]*(100%-10%) | 3785 |

**From:** Dennis F. Kahlbaum [mailto:kbomb@umich.edu]
**Sent:** Friday, August 26, 2016 10:13 AM
**To:** Sherwood, Todd <sherwood.todd@epa.gov>
**Subject:** Re: Curb Weights

Hi Todd:

Thank you for the informative meeting yesterday!

As discussed, I am trying to fulfill the Alliance's request to compute the by-Vehicle, by-Technology-Package, Curb Weights. I have changed the processing so that the WRnet value provided in the Technology Package (TP) itself is now obtained and used, instead of the platform-based OMEGA value.

As an example, let's use our now-familiar VW Q5s (Vehicle IDs 21 (conventional) and 23 (hybrid)). The table below shows the relevant data, by vehicle and TP:

| Vehicle Index | Model | Curb Weight (lb) | Tech Pckg | WRnet |
|---|---|---|---|---|
| 21 | Q5 2.0T | 4,079 | 0 | 3.00% |
| 21 | Q5 2.0T | 4,079 | 17 | 7.50% |
| 21 | Q5 2.0T | 4,079 | 18 | 10.00% |
| 21 | Q5 2.0T | 4,079 | 19 | 2.50% |
| 23 | Q5 Hybrid | 4,431 | 0 | 3.00% |
| 23 | Q5 Hybrid | 4,431 | 17 | 3.00% |
| 23 | Q5 Hybrid | 4,431 | 18 | 3.00% |

ED_002101_00002652-00001

| 23 | Q5 Hybrid | 4,431 | 19 | 3.00% |

As I understand it, the Curb Weight value is applicable to TP0, and includes the WRnet reduction for TP0. (Hence, for Vehicle 21, the Curb Weight of 4,079 pounds already includes a 3.00% reduction.)   Also, according to the documentation, WRnet values are relative to the "null" vehicle.  Therefore, in order to compute the TP-specific Curb Weight, you need to remove the TP0 WRnet reduction to bring the Curb Weight to the "null" level, and then apply the WRnet reduction of the TP to this "null" level.  In formula notation, this corresponds to:

Curb Weight(TP#) = Curb Weight * (100%-WRnet%(TP#))/(100%-WRnet%(TP0))

As an example, for Vehicle 21, Tech Package 18:  Curb Weight(TP18) = 4,079 * (100%-10.00%) / (100%-3.00%) = 3,785.

The following table contains the results for all of the TPs:

| Vehicle Index | Model | Curb Weight (lb) | Tech Pckg | Wrnet% | TP Curb Weight (lb) |
|---|---|---|---|---|---|
| 21 | Q5 2.0T | 4,079 | 0 | 3.00% | 4,079 |
| 21 | Q5 2.0T | 4,079 | 17 | 7.50% | 3,890 |
| 21 | Q5 2.0T | 4,079 | 18 | 10.00% | 3,785 |
| 21 | Q5 2.0T | 4,079 | 19 | 2.50% | 4,100 |
| 23 | Q5 Hybrid | 4,431 | 0 | 3.00% | 4,431 |
| 23 | Q5 Hybrid | 4,431 | 17 | 3.00% | 4,431 |
| 23 | Q5 Hybrid | 4,431 | 18 | 3.00% | 4,431 |
| 23 | Q5 Hybrid | 4,431 | 19 | 3.00% | 4,431 |

Please advise if this is the correct methodology to use.  If it is not, please explain how to proceed.

Thanks.

--Dennis

On 8/22/16 9:03 AM, Sherwood, Todd wrote:

```
You mean you want to calculate the "final" curb weights? You should be able
to use the WRnet data matched with the Market file's baseline curb weight. Be
sure to line things up by Vehicle index of course since the Market file and
TechnologyTracking file may not be aligned the same way. The WRnet shows
actual WRnet, not package WR. There are some glitches in the WR tracking for
packages containing the P2 technology but there are not many in the baseline
and OMEGA didn't create many either.

-----Original Message-----
From: Dennis F. Kahlbaum [mailto:kbomb@umich.edu]
Sent: Friday, August 19, 2016 4:13 PM
To: Sherwood, Todd <sherwood.todd@epa.gov>
Subject: Curb Weights


Hi Todd:
```

EPA-HQ-2018-007517

ED_002101_00002652-00002

Is there a way of computing the vehicle curb weights based on the by-TechPackage WRs in the TechnologyTracking files?  A concern is that the TechPackage might indicate 5% mass reduction, but an overriding safety consideration might limit it to something less than that.

Thanks.

--Dennis

ED_002101_00002652-00003