**SUPPLEMENTAL DECLARATION OF MARGO OGE**

**EXHIBIT B**

Presentation: End-to-End Use of ALPHA Vehicle Simulation in EPA's GHG Standards Assessments: From Baseline to Future Fleets,
by Michael Olechiw, Light-Duty Vehicle and Small Engine Center Director, EPA
January 25, 2018

# End-to-End Use of ALPHA Vehicle Simulation in EPA's GHG Standards Assessments: From Baseline to Future Fleets

SAE Government-Industry Meeting
January 25, 2018

Michael Olechiw
Light-duty Vehicle and Small Engine Center Director
U.S. Environmental Protection Agency




## Overview

- Where are we?
  - Recent EPA initiatives
  - Stakeholder input
- EPA work on the assessment of technology effectiveness estimates
- End-to-End ALPHA Modeling
  - ALPHA, start – Simulation of Baseline Fleet
  - ALPHA, middle – Large scale simulation of possible future packages
  - ALPHA, end – Simulation of Future Fleet
- Conclusions

SAE INTERNATIONAL                                                                                                 2

## Consideration of New Data/Analysis since 2016 Proposed Determination

**March 22, 2017 FR Notice from Administrator Pruitt** - Announces EPA's plans to reconsider the January 2017 Final Determination, and to issue a new Final Determination by end of March, 2018, in accordance with EPA's regulations

EPA's regulations provide a specific list of technical information EPA will consider

**Following the Administrator's March 22, 2017 FR Notice announcing that he would be reconsidering the Final Determination, the Administrator sent a letter (May 2, 2017) to California Governor Brown saying:**

"this reconsideration will be based on the *best available data* and part of a robust, timely and inclusive process"

**Administrator's August 21, 2017 FR Notice:**

"EPA is announcing that it is reconsidering whether the light-duty vehicle greenhouse gas standards previously established for model years 2022-2025 are appropriate under section 202(a) of the Clean Air Act and invites stakeholders to *submit any comments, data, and information they believe are relevant to the Administrator's reconsideration of the Final Determination* and in particular, *highlight any new information*."

"This additional comment period provides an opportunity for commenters to submit to EPA *additional studies and other materials* as well as to complete the preparation of their comments, or *submit additional comments in light of newly available information*."

# Stakeholder input on EPA's effectiveness modeling approach



2016 Proposed Determination Process:

**Themes from Stakeholder Comments:**

Comment: It is important to appropriately asses the level of technology in current vehicles

Comment: Methodologies for calibrating the Lumped Parameter Model (LPM) and generating tech package effectiveness values are not transparent

Comment: Uncertainty when applying tech effectiveness values for vehicle classes to individual vehicles
- The LPM 0-D modeling introduces uncertainty
- The modeled benefits of mass reduction should be consistent with the benefits in certification
- The OMEGA model output proliferates the number of engine displacements

SAE INTERNATIONAL

## Response to Stakeholder input on EPA's effectiveness modeling approach: Expanded application of ALPHA simulation

**Expanded application of ALPHA simulation end-to-end throughout process, from baseline fleet to future fleet:**

- Comment: It is important to appropriately asses the level of technology in current vehicles
  
  **New: Refine technology characterization through simulation of individual baseline vehicles**
- Comment: Methodologies for calibrating the Lumped Parameter Model (LPM) and generating tech package effectiveness values are not transparent
  
  **New: Replace LPM with Response Surface Equations based on full combinatorial simulation**
- Comment: Uncertainty when applying tech effectiveness values for vehicle classes to individual vehicles
  - The LPM 0-D modeling introduces uncertainty
  - The modeled benefits of mass reduction should be consistent with the benefits in certification
  - The OMEGA model output proliferates the number of engine displacements


**New: ALPHA simulation of OMEGA future tech packages for individual vehicles**



| ALPHA Start: Modeling of Baseline | ALPHA Middle: Full combinatorial modeling | ALPHA End: Modeling of Future Fleet |

## Characterizing the Baseline Fleet: Overview

- Every year, emissions-reducing technologies are introduced into the fleet
- Technology must be evaluated each time baseline is updated
  (E.g. MYs 2014→ 2015 → 2016)

- Difficult to classify technologies based only on descriptions since implementations may vary
  - Differences in application
  - Technology improvements over time
  (E.g. different generations of turbocharged engines)





SAE INTERNATIONAL

7





| ALPHA Start: Modeling of Baseline | ALPHA Middle: Full combinatorial modeling | ALPHA End: Modeling of Future Fleet |

## Results: ALPHA Simulation of Individual Vehicles in the Baseline Fleet

- ALPHA simulation results for MY2016 fleet within ±2g $CO_2$/mi (sales-weighted) of actual certification $CO_2$ values
- Some outliers exist, potentially due to either 1) uncertainty in road load, test weight, or $CO_2$ values in certification data, or 2) powertrains that fall outside the scope of EPA's powertrain model library




*note  All MY2016 baseline vehicles shown, except those with strong electrification (HEV/PHEV/EV).

SAE INTERNATIONAL

10

ALPHA Start: Modeling of Baseline | ALPHA Middle: Full combinatorial modeling | ALPHA End: Modeling of Future Fleet

## A note on Characterizing Road Load Reductions in the Baseline Fleet

- Simulation of individual vehicles in the baseline fleet can be conducted without specific data for load-reducing technologies by direct use of road load coefficient and test weight values
- However, technology characterization is still needed for cost estimation and for identifying the opportunity for additional improvement
- EPA's goal for characterizing road load technologies is to use publicly available data and methodologies that are replicable by stakeholders, specifically:
    - Aerodynamic and non-aerodynamic technology characterization
        – Utilize road load coefficients and dimensional data from various public sources
        – Generate distributions of aero- and non-aero drag by within market classes
        – Bin vehicles into aero- and non-aero technology groups to indicate potential for improvement
    - Mass reduction characterization (multiple approaches);
        – Longitudinal: Curb weight changes between redesigns, adjusting for key factors (E.g. vehicle size, AWD)
        – Cross-sectional: Curb weight comparison amongst MY2016 vehicles, accounting for differences in various vehicle attributes

SAE INTERNATIONAL                                                                                                                 11

ALPHA Start: Modeling of Baseline | ALPHA Middle: Full combinatorial modeling | ALPHA End: Modeling of Future Fleet

## Large Scale ALPHA Simulation of Future Technologies : Overview

- Use effectiveness values only for technology combinations modeled in ALPHA
- Adjust class-specific effectiveness values appropriately for application to individual vehicles
- Leverage parallel computing to perform large number of runs in reasonable time
- Conduct runs at a level of resolution that provides accurate effectiveness values while minimizing use of computational resources

SAE INTERNATIONAL                                                                 12

ALPHA Start: Modeling of Baseline    ALPHA Middle: Full combinatorial modeling    ALPHA End: Modeling of Future Fleet

## Determination of Vehicle Classes

**Power-to-weight ratio distribution**



X

**Road load HP @ 50mph distribution**

- Assign vehicles to classes according to where engines operates over certification test cycles
- Inertial (power-to-weight) and road load dimensions considered independently



= Six 'ALPHA classes'

SAE INTERNATIONAL

13

| ALPHA Start: Modeling of Baseline | ALPHA Middle: Full combinatorial modeling | ALPHA End: Modeling of Future Fleet |

## All considered combinations of Future Technologies now simulated in ALPHA

- >500 powertrain combinations (engines, transmissions, accessories)
- Road load sweeps (mass reduction, aero and non-aero drag reduction)
- Six vehicle classes
- Tens of thousands of tech combinations

| | | | OMEGA tech map | Engine | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PFI | | PFI + VVL | | GDI | | GDI + VVL | | ATK2 | ATK2+CE GR | ATK2+CE GR+DeacPD | TDS11 | | TDS12 | TDS21 |
| | | | | I-config | V-config | I-config | V-config | I-config | V-config | I-config | V-config | | | | I-config | V-config | | |
| Transmission | OMEGA tech | Null | | | | | | | | | | | | | | | | |
| | | TRX11 | | B +DeacPD/FC | B +DeacPD/FC | | | B +DeacPD/FC | B +DeacPD/FC | | | | C +DeacPD* | | B +DeacPD/FC | B +DeacPD/FC | |
| | | TRX12 | | B +DeacPD/FC | B +DeacPD/FC | | | B +DeacPD/FC | B +DeacPD/FC | | | | C +DeacPD* | | B +DeacPD/FC | B +DeacPD/FC | |
| | | TRX21 | | B +DeacPD/FC | B +DeacPD/FC | | | B +DeacPD/FC | B +DeacPD/FC | | | | C +DeacPD* | | B +DeacPD/FC | B +DeacPD/FC | |
| | | TRX22 | | B +DeacPD/FC | B +DeacPD/FC | | | B +DeacPD/FC | B +DeacPD/FC | | | | C +DeacPD* | | B +DeacPD/FC | B +DeacPD/FC | |

SAE INTERNATIONAL                                                                 14





## Conclusion

- EPA has continued the development of tools and processes for modeling technology effectiveness
- Responsive to stakeholder recommendations
- Use of vehicle simulation for characterizing technology in the baseline
- Use of large scale simulation for building Response Surface Equations, enabling greater transparency in the development of effectiveness values
- Use of vehicle simulation for validating $CO_2$ values of technology packages applied to future vehicles

SAE INTERNATIONAL                                                                                                                       17

# Thank you!

SAE INTERNATIONAL

18

# References

1. 2008 EPA Staff Report: https://nepis.epa.gov/Exe/ZyPDF.cgi/P10025VN.PDF?Dockey=P10025VN.PDF
2. 2009 EPA/NHTSA NPRM: https://www.gpo.gov/fdsys/pkg/FR-2009-09-28/pdf/E9-22516.pdf
3. 2010 EPA/NHTSA FRM: https://www.gpo.gov/fdsys/pkg/FR-2010-05-07/pdf/2010-8159.pdf
4. 2011 EPA/NHTSA NPRM: https://www.gpo.gov/fdsys/pkg/FR-2011-12-01/pdf/2011-30358.pdf
5. 2012 EPA/NTHSA FRM: https://www.gpo.gov/fdsys/pkg/FR-2012-10-15/pdf/2012-21972.pdf
6. 2016 EPA/NHTSA/CARB DTAR: https://nepis.epa.gov/Exe/ZyPDF.cgi/P100OXEO.PDF?Dockey=P100OXEO.PDF
7. 2016 EPA Proposed Determination: https://www.epa.gov/sites/production/files/2016-11/documents/420r16021.pdf
8. 2017 EPA Final Determination: https://www.epa.gov/sites/production/files/2017-01/documents/420r17001.pdf
9. "Characterization of GHG Reduction Technologies in the Existing Fleet", SAE Technical Paper 2018-01-1268.
10. "Representing GHG Reduction Technologies in the Future Fleet with Full Vehicle Simulation", SAE Technical Paper 2018-01-1273.