UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE
COUNCIL and
ENVIRONMENTAL DEFENSE FUND,

    Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Defendant.

18 **CIVIL** 11227 (PKC)

**JUDGMENT**

Whereas, this matter having come before the Court, and the mandate of the United States Court of Appeals for the Second Circuit having issued on  May 28 , 2020, directing this Court to "enter judgment for NRDC on its motion for summary judgment," it is hereby

**ORDERED, ADJUDGED, AND DECREED**, that in accordance with the mandate of the Court of Appeals, and all prior proceedings in this action, Plaintiffs' motion for summary judgment is granted, Defendant's cross-motion for summary judgment is denied, and Defendant shall produce the OMEGA v.1.4.59 core model to Plaintiffs on or before  June 7 , 2020 (ten calendar days after issuance of the appellate mandate).

Dated: New York, New York
        May 28 , 2020

_P. Kevin Castel_
P. Kevin Castel
United States District Judge